UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Dewanna Louviere                                     Civil Action No. 11-cv-0590

versus                                               Judge Tucker L. Melançon

Michael J. Astrue,                                   Magistrate Judge Hill
Commissioner of Social Security

**JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objections, the Court concludes that the Report and Recommendation of the Magistrate Judge is correct, and therefore adopts the findings of fact and conclusions of law set out therein as its own.  Accordingly, it is

**ORDERED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and that this action be **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 27th day of December, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE